

# NUMBER 13-13-00644-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE OLD AMERICAN COUNTY MUTUAL FIRE INSURANCE COMPANY

### On Petition for Writ of Mandamus and
### Motion for Temporary Relief.

## ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Per Curiam Order

Relator, Old American County Mutual Fire Insurance Company, filed a petition for writ of mandamus and motion for temporary relief in the above cause on November 20, 2013. The Court, having examined and fully considered the motion for temporary relief, is of the opinion that said motion should be granted. The motion for temporary relief is hereby GRANTED, and the trial court proceedings are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* Tex. R. App. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the

case is finally decided.").  The Court requests that the real parties in interest, Jose Angel Cavazos, individually and as next friend to Sergio Javier Cavazos, and Lynette Garza, by and through counsel, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See id.* R. 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 21st
day of November, 2013.